C. T. RICHARDSON v. STATE. (No. 8415.) (Court of Criminal Appeals of Texas. Jan. 9, 1924.) Appeal from District Court, Collin County; F. E. Wilcox, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

HAWKINS, J.' Appellant is under conviction for the sale of intoxicating liquor; his punishment having been assessed at confinement in the penitentiary for one year. He now files his personal affidavit in this court, requesting permission to withdraw his appeal. In compliance with such request, the appeal is dismissed.

━━━

Roy ROBINSON v. STATE. (No. 8342.) (Court of Criminal Appeals of Texas. Jan. 30, 1924.) Appeal from Criminal District Court, Travis County; James R. Hamilton, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

MORROW, P. J. The conviction is for the unlawful sale of intoxicating liquor; punishment fixed at confinement in the penitentiary for a period of one year. No statement of facts accompanies the record, nor is there complaint of any ruling of the trial court presented by bill of exceptions. No fundamental error is perceived. The judgment is affirmed.

━━━

Frank SWANSKY v. STATE. (No. 8318.) (Court of Criminal Appeals of Texas. Jan. 30, 1924.) Appeal from District Court, Montgomery County; J. L. Manry, Judge. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Upon his plea of guilty in the district court of Montgomery county, appellant was adjudged guilty of manufacturing intoxicating liquor, and his punishment fixed at one year in the penitentiary. There is in the record neither bills of exception nor statement of facts, and, finding the charge of the court and the indictment in conformity with law, the judgment must be affirmed.

━━━

Claude TERRY ·v. STATE. (No. 8245.) (Court of Criminal Appeals of Texas. Jan.

23, 1924.) Appeal from District Court, El Paso County; W. D. Howe, Judge. Clarence Folsom, A. T. Folsom, and W. H. Fryer, all of El Paso, for appellant. Tom Garrard, State's Atty., and Grover C. Morris, Asst. State's Atty., both of Austin, for the State.

LATTIMORE, J. Appellant was convicted in the district court of El Paso county of rape, and his punishment fixed at five years in the penitentiary. Appellant was charged with statutory rape, the prosecutrix being a girl 16 years old at the time of the commission of the alleged offense. The proof shows that appellant drove with the girl in a car to El Paso, and that they procured apartments and held themselves out as husband and wife for several months. The girl reluctantly testified that at said apartment and on the first night after their arrival in El Paso appellant had carnal connection with her, that being the first occasion of such conduct on her part with any man. There appear a number of special charges, which were refused but the record reflects no exception to such refusal. There are four bills of exception, the first and second of which are in question and answer form, and under the uniform decisions of this court cannot be considered. The remaining two bills of exception are to arguments of the district attorney. . We have carefully examined each of said bills, and find nothing in them calling for a reversal of this case. The judgment will be affirmed.

━━━

Nick BROOM v. Mrs. Maud Hardy CARTER et al. (No. 1049.) (Court of Civil Appeals of Texas. Beaumont. Jan. 26, 1924.) Appeal from Tyler County Court; G. C. Bradfield, Judge. Mooney & Smith, of Woodville, for appellant. J. E. Wheat, of Woodville, and Baker, Botts, Parker & Garwood, of Houston, for appellees.

WALKER, J. This is an appeal from the judgment of the county court of Tyler county, sustaining the plea of privilege filed by the defendants, transferring this case to Harris county. No briefs have been filed by either party. Hence there is nothing for us to review. The judgment of the trial court is affirmed.